UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80600-CIV-MIDDLEBROOKS

CARL BRUNOT,

    Plaintiff,

v.

BENNETT AUTO SUPPLY, INC.,

    Defendant.         /

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on a Joint Stipulation of Dismissal Without Prejudice. (DE 13). The Court notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE** this **CASE** and **DENY** all pending motions as **MOOT.**

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida this 20 day of June, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of record